**Order entered July 26, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00495-CV

### NATIONAL CLAIMS NEGOTIATORS LLC, Appellant

### V.

### JUAN GUERRA, ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07967**

## ORDER

Before the Court are appellees' July 15, 2019 opposed motion to supplement the clerk's record and appellant's July 23, 2019 response. We **GRANT** the motion and **ORDER** Dallas County Felicia Pitre to file, no later than August 6, 2019, a supplemental clerk's record containing a copy of (1) plaintiff's October 19, 2016 sur-reply to attorney defendants' reply in support of motion to compel arbitration and original counterclaim; and, (2) November 7, 2016 letter from R. Kent Piacenti, counsel for the attorney defendants, to the Honorable Mike O'Neill. If either of these documents cannot be located, Ms. Pitre shall state so in writing.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/  ERIN A. NOWELL
    JUSTICE